**FILED**

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 20-0004

IN RE PETITION OF ARDEN CLAY
McCLELLAND FOR REINSTATEMENT TO
ACTIVE STATUS IN THE BAR OF MONTANA

**ORDER**

FILED

MAR 2 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORIGINAL

Arden Clay McClelland has petitioned this Court for reinstatement to active status in the State Bar of Montana. McClelland voluntarily chose inactive status on March 20, 2011, and has been inactive since then. Therefore, given the length of time McClelland has been on inactive status,

IT IS HEREBY ORDERED that Petitioner shall submit to an investigation by the Commission on Character and Fitness. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission may, in its discretion, conduct a limited investigation. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

IT IS FURTHER ORDERED that, if admitted, within six months of admission to the active practice of law, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 24 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices